1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA
8
9   Tucson Golf Vacations, LLC, an Arizona    )   No. CV 04-028 TUC FRZ
    limited liability company, and Christopher)
10  Smith,                                    )   **ORDER**
                                              )
11              Plaintiffs/Counterdefendants, )
                                              )
12  v.                                        )
                                              )
13  Robert Lewis, Nancy Foster, Travel Golf   )
    Media, Inc., an Arizona corporation, Travel)
14  Golf West, LLC, an Arizona limited        )
    liability company, and Golf Internet      )
15  Marketing, Inc., an Arizona corporation,  )
                                              )
16              Defendants/Counterclaimants.  )
                                              )
17
18
19        Pursuant to the stipulation of the parties,
20        IT IS ORDERED that the Pretrial Conference, presently set for Monday April 28,
21   2008, is continued to June 30, 2008 at 2:00 p.m.;
22        IT IS FURTHER ORDERED that the proposed Joint Pretrial Order shall be filed on
23   or before June 13, 2008, in accordance with the provisions of the Court's original Scheduling
24   Order, filed June 29, 2005, which governs this case;
25        IT IS FURTHER ORDERED that the Trial in this matter is set to commence with jury
26   selection on Tuesday, July 22, 2008 at 9:00 a.m.;
27        IT IS FURTHER ORDERED that proposed voir dire and jury instructions shall be filed
28   on or before July 11, 2008;

1  IT IS FURTHER ORDERED that all other matters shall be addressed in accordance
2  with the original Scheduling Order.

4  DATED this 25th day of April, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge

- 2 -